SOLOMON GRAVES, Respondent, *v.* CLARINDA H. SPIER, Appellant.

(Argued March 27, 1872; decided April 2, 1872.)

*A. McDonald* for the appellant.

*Francis Kernan* for the respondent.

Agree to affirm.    No opinion.    FOLGER, J., not voting.